**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **HASAN GOODEN-REID,** : | |
| : | |
| Petitioner, : | |
| : | Civil No. 1:19-CV-1120 |
| v. : | |
| : | Judge Sylvia H. Rambo |
| **BARRY SMITH,** *et al.*, : | |
| : | |
| Respondents. : | |

## **ORDER**

**AND NOW**, this  9th  day of **APRIL 2020,** in accordance with the accompanying Memorandum, **IT IS ORDERED THAT** Mr. Gooden-Reid's motion to permit Jules Jette next friend standing (Doc. 2) is **DENIED**.

 S/Sylvia H. Rambo 
**SYLVIA H. RAMBO**
**United States District Judge**